UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

JOSE MEJIA, Individually, and On Behalf of All Others Similarly Situated,

                     Plaintiff,

vs.

TRUE CLASSIC TEES LLC,

                     Defendant.

------------------------------------------------------------x

Case No.: 1:22-cv-04181-JMF

**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff Jose Mejia hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice, against defendant True Classic Tees LLC.

DATED: November 22, 2022

**MIZRAHI KROUB LLP**

                     /s/ Edward Y. Kroub
                     EDWARD Y. KROUB

EDWARD Y. KROUB
JARRETT S. CHARO
WILLIAM J. DOWNES
200 Vesey Street, 24th Floor
New York, NY 10281
Telephone: 212/595-6200
212/595-9700 (fax)
ekroub@mizrahikroub.com
jcharo@mizrahikroub.com
wdownes@mizrahikroub.com

*Attorneys for Plaintiff*

Any pending motions are moot.  All conferences are vacated.  The Clerk of Court is directed to close the case.

SO ORDERED.

[signature]

November 23, 2022